Christopher C. Miles (SBN 268774)
Email: christopher.miles@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO  64112
Telephone: +1 816 983 8000
Facsimile:  +1 816 983 8080

Attorney for BMO Harris Bank N.A.

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>BKSG TRANSPORTATION LLC, a California limited liability company, NARINDER BAINS, an individual resident and citizen of California, and KARNVIR SINGH, an individual resident and citizen of California,<br><br>Defendants. | Case No.: 1:17-cv-00586 LJO-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND FOR AN EXTENSION OF TIME TO EFFECT SERVICE ON DEFENDANTS<br><br>(Doc. 8)<br><br>New Date:   September 27, 2017<br>Time:           9:30 a.m.<br>Courtroom:  8(BAM) |

Having reviewed Plaintiff BMO Harris Bank N.A.'s Motion to continue the Scheduling Conference, IT IS HEREBY ORDERED that

1.      The Initial Scheduling Conference set for 7/27/2017 is **CONTINUED** to **September 27, 2017 at 9:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference.

1

2. For good cause having been shown, Plaintiff BMO Harris Bank N.A. is **GRANTED** an additional thirty (30) days in which to effectuate service on Defendants. *See* Fed.R.Civ.P. 4(m) (If Plaintiff shows good cause for failure to serve the summons and complaint, the Court must extend the time for service for an appropriate period).

IT IS SO ORDERED.

Dated:  **July 25, 2017**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE