1  Christopher C. Miles (SBN 268774)
   Email: christopher.miles@huschblackwell.com
2  HUSCH BLACKWELL LLP
   4801 Main Street
3  Suite 1000
   Kansas City, MO  64112
4  Telephone: +1 816 983 8000
   Facsimile:  +1 816 983 8080
5
   Attorney for BMO Harris Bank N.A.

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>BKSG TRANSPORTATION LLC, a California limited liability company, NARINDER BAINS, an individual resident and citizen of California, and KARNVIR SINGH, an individual resident and citizen of California,<br><br>Defendants. | Case No.: 1:17-cv-00586 LJO-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO EFFECT SERVICE ON DEFENDANTS<br><br>(Doc. 13) |

Having reviewed Plaintiff BMO Harris Bank N.A.'s Motion for a second extension of time to serve Defendants in this matter, IT IS HEREBY ORDERED that for good cause having been shown, Plaintiff BMO Harris Bank N.A. is **GRANTED** an additional fourteen (14) days in which to effectuate service on Defendants. *See* Fed.R.Civ.P. 4(m) (If Plaintiff shows good cause for failure to serve the summons and complaint, the Court must extend the time for service for an appropriate period).

IT IS SO ORDERED.

Dated:  **September 1, 2017**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE