Christopher C. Miles (SBN 268774)
Email: christopher.miles@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112
Telephone: +1 816 983 8000
Facsimile: +1 816 983 8080

Attorney for BMO Harris Bank N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>BKSG TRANSPORTATION LLC, et al.,<br><br>Defendants. | 1:17-cv-00586-LJO-BAM _____<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CONTINUE SCHEDULING CONFERENCE** |

This matter comes before the Court by way of the Plaintiff BMO Harris Bank N.A.'s Second Motion to Continue Scheduling Conference (the "Motion"). The Court having evaluated the relief requested; upon the record herein; after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED; and it is further

ORDERED, that the Scheduling Conference set for September **27**, 2017 is hereby continued ~~sixty (60) days~~ to **October 25, 2017 at 9:30 AM** in courtroom 8 before Judge McAuliffe; and it is further ordered that Plaintiff shall serve a copy of this order on Defendants. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **September 21, 2017**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE