# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>BKSG TRANSPORTATION LLC, a California limited liability company, NARINDER BAINS, an individual resident and citizen of California, and KARNVIR SINGH, an individual resident and citizen of California,<br><br>Defendants. | Case No. 1:17-cv-00586-LJO-BAM<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 19)<br><br><br>New Date: December 13, 2017<br>Time: 9:30 a.m.<br>Courtroom: 8 (BAM) |

Having reviewed Plaintiff BMO Harris Bank N.A.'s third motion to continue the Scheduling Conference, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's third motion to continue scheduling conference filed on October 16, 2017 is GRANTED;

2. The Initial Scheduling Conference currently set for October 25, 2017, is CONTINUED to **December 13, 2017 at 9:30 AM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.** A joint scheduling conference report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirement sets forth in

1

the Order Setting Mandatory Scheduling Conference one (1) full week prior to the Scheduling Conference;

3. No further continuances of the scheduling conference shall be granted absent a demonstrated showing of good cause; and

4. Plaintiff is directed to serve a copy of this order on defendants.

IT IS SO ORDERED.

Dated: **October 17, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE